AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>GUERRA, Juan Gabriel<br>AKA: Juan Gabriel Serrano<br><br>*Defendant(s)* | Case No.<br><br>18mj1588 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 8, 2018__ in the county of __Bernalillo__ in the State and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code 1326 (a)(1) & (a)(2) | an alien, who has been denied admission, excluded, deported or removed or has departed the United States while an order of exclusion, deportation or removal is outstanding and thereafter enters, attempts to enter or is at any time found in the United States. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Garcia, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/09/2018

_____
Judge's signature

City and state: Albuquerque, New Mexico

Steven C. Yarbrough, United State Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW MEXICO

GUERRA, Juan Gabriel
AKA: Juan Gabriel Serrano

On May 7, 2018, GUERRA, Juan Gabriel AKA: Juan Gabriel Serrano was encountered by Immigration and Customs (ICE) Officers near his residence located at 3210 Tulane Dr, Albuquerque, New Mexico. It was determined by Deportation Officer R. Garcia that GUERRA is a citizen and national of Honduras and that he is in the United States illegally. Fingerprint records identified the defendant as GUERRA, a citizen and national of Honduras who had previously been ordered removed from the United States by an Immigration Judge on April 14, 1999. GUERRA was removed from the United States to Honduras on June 8, 2000 as indicated on his I-205 (Warrant of Removal/Deportation). GUERRA was again removed from the United States to Honduras on July 19, 2001 and again on September 8, 2011. These removals are all indicated on I-205's (Warrant of Removal/Deportation) that are in GUERRA's Alien File. A review of the GUERRA's immigration history does not indicate that the he has applied for or received the consent of the appropriate authority of the United States to reapply for admission into the United States after his last removal.

On May 7, 2018, the Albuquerque Fugitive Operations Team had information gained through surveillance that GUERRA was living at 3210 Tulane Dr, Albuquerque, New Mexico. A white Chevrolet Silverado bearing license plate number NYN197 was queried using ICE database systems. The registered owner of the vehicle came back to Juan G. Guerra, DOB: XX/XX/1981. A DMV check also revealed that GUERRA was issued driver's license on June 19, 2012.

At approximately 0850, the white Chevy truck departed the apartment located at 3210 Tulane Dr and a vehicle stop was initiated using our vehicle emergency equipment. The driver of the vehicle, who matched the physical description of the photographic image on the executed I-205 (Warrant of Removal/Deportation) was observed driving the white Chevy truck. The adult male driver failed to yield and continued through heavy traffic almost causing an accident. Officers involved in the attempted traffic stop disengaged due to the driver making erratic lane changes and driving at a high rate of speed. ICE ABQ/FOT officers continued driving in the direction of the white truck, however we were unable to locate the white Chevy and the driver.

Based on the foregoing, your affiant believes that there is probable cause that, in the State and District of New Mexico, GUERRA Juan Gabriel, AKA: Juan Gabriel Serrano is in violation of Title 8 United States Code, Section 1326(b) (1) and (b) (2), Reentry of a Removed Alien.

*Steve Yarbrough*
Steven C. Yarbrough
**U.S. MAGISTRATE JUDGE**

*[signature]*
Robert Garcia
Deportation Officer