AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 MAY 18 AM 8:43

CLERK-ALBUQUERQUE

United States of America
v.
GUERRA, Juan Gabriel
AKA: Juan Gabriel Serrano

)
)
)
)
)
)

Case No. 18mj1588

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   GUERRA, Juan Gabriel AKA: Juan Gabriel Serrano,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 United States Code 1326(a)(1) & (2) and (b)(1), Illegal Re-Entry of an Alien previously Removed

Date: 05/08/2018

_____
Issuing officer's signature

City and state:   Albuquerque, New Mexico

Steven C. Yarbrough, United State Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on (date) 5-9-18, and the person was arrested on (date) 5-18-18 at (city and state) _____ |
| Date: 5-18-18                    _____<br>Arresting officer's signature<br><br>Robert Garcia<br>*Printed name and title* |